IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIANNE SUSAN NORMAN,

        Plaintiff,                  No. CIV. S-04-2187 LKK/PAN

   vs.

JO ANNE B. BARNHART,
Commissioner of Social
Security,                                  ORDER

        Defendant.
_____/

    This matter is before the court on the magistrate judge's June 15, 2005 findings and recommendations recommending dismissal. Plaintiff has not filed objections to the findings and recommendation.

    The court has reviewed the file and finds the findings and recommendation to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1

1      1.   The Findings and Recommendation filed June 15, 2005, are
2 adopted in full; and
3      2.   This action is DISMISSED without prejudice pursuant to
4 Fed. R. Civ. P. 4(m) and 41(b).
5 DATED: July 20, 2005.

                                /s/Lawrence K. Karlton
                                UNITED STATES DISTRICT JUDGE

2